GOING, Co. Treas., v. SHAFFER.

No. 12108—Opinion Filed May 15, 1923.

(Syllabus.)

Taxation—Exemptions from Ad Valorem Taxes—Equipment in Oil Industry.

The syllabus in this case is the same as adopted in case No. 12109, Going v. Shaffer, decided March 13, 1923, 89 Okla. 46, 213 Pac. 736.

Error from District Court, Payne County; J. W. Bird, Judge.

Action by C. B. Shaffer against Walter E. Going, County Treasurer, to recover taxes paid under protest. Judgment for plaintiff, and defendant brings error. Reversed, and remanded, with directions.

John F. Vaughan, for plaintiff in error.

Malcolm E. Rosser, Chester H. Lowry, and Brown Moore, for defendant in error.

COCHRAN, J. The facts in this case are similar to those in the case of Going, County Treasurer v. Shaffer, No. 12109, 89 Okla. 46, 213 Pac. 736, and the decision in that case is decisive of the questions involved in this case.

The judgment of the trial court is reversed, and cause remanded, with directions to enter judgment against the plaintiff, C. B. Shaffer.

JOHNSON, C. J., and McNEILL, KANE, KENNAMER, NICHOLSON, BRANSON, and MASON, JJ., concur.